# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE RICHARD T. MOORE | : | CIVIL ACTION |
| and CAROL J. MOORE | : | NO. 15-1853 |
| | : | |
| | : | (BANKRUPTCY NO. 14-11692) |

## ORDER

**AND NOW**, this 31st day of March, 2016, upon consideration of the Brief of Appellant Embassy Bank for the Lehigh Valley ("Embassy Bank") (Doc. No. 4), the Brief of Appellee First Niagara Bank, N.A. (Doc. No. 6) and Embassy Bank's Reply Brief (Doc. No. 7), and after review of the record in the Bankruptcy Court, it is **ORDERED** that the Order of the Bankruptcy Court dated March 31, 2015 is **VACATED** and this matter is **REMANDED** to the Bankruptcy Court for further proceedings consistent with the Memorandum Opinion issued this date.

/s/Timothy J. Savage
TIMOTHY J. SAVAGE, J.